# Toxicology Associates, Prof. LLC

*Dedicated to Patient Care, Research, and Teaching in Medical Toxicology*

Jeffrey Brent, MD, PhD
Ken Kulig, MD
Edward W. Cetaruk, MD

26 West Dry Creek Circle, Suite 325
Littleton, CO 80120
Phone: 720-477-2500   Fax: 720-598-0409

Robert B. Palmer, PhD
Benjamin Hatten, MD, MPH
William J. Boroughf, DO

July 30, 2018

Mark Nelson
The Nelson Law Firm
1740 N. High Street
Denver, CO 80218

RE: **Borgmann Family Independent Medical Evaluation**

Dear Mr. Nelson,

At your request, I completed independent medical evaluations of Justin, Jamie, Eli and Soaren Borgmann after their formaldehyde exposure in their home.

The Borgmann family lives at 4632 Colorado River Drive, Firestone, CO 80504. Mr. and Mrs. Borgmann report that they contracted for construction of this home with Richmond Homes in October of 2016. They describe the home as being 2-story with a finished basement, approximately 4200 square feet. On the top/second floor is one master with a master bathroom and three individual bedrooms with one common bathroom. The main floor has an office, living room, dining room, kitchen and one bathroom. The finished basement has one bathroom, a common area, a bedroom and a storage room. They indicate the storage room was not finished. The furnace is gas with forced hot air. They have air conditioning in the home as well. The water heater is a tank gas heater. In the kitchen, they have a gas stove, an electric oven, refrigerator and dish washer. The house was completed in June of 2017. They moved into the home on June 14, 2017. However, they were advised by their neighbors that the neighbors were being moved out of their home for remediation of the joist problem. Mrs. Borgmann reports that she noticed a bad odor in the house when she first walked through the house stating that it "smelled like varnish." They moved out of the home on July 17, 2017. They report completing a walkthrough of the home on July 18, 2017 with the builder.

When asked about time spent in the house, Mr. and Mrs. Borgmann state they were there on numerous occasions while the house was under construction. They state they note the foundation was poured in December 2016 and the framing was ongoing throughout January of 2017. They believe the house was

Exhibit D

enclosed in February of 2017.  They stated they visited the house under construction 1-3 times/week for approximately 1-2 hours total/week between February and June of 2017.  Mrs. Borgmann states all four family members would visit as they would take their children with them.  After they moved out in July of 2017, they stated only the mother and/or father would visit the home.  The mother states she bought a respirator that she would wear when she entered the home.  She states that out of the 5 hours that she estimates having spent in the home after they moved out, 3 hours of this time was spent wearing the respirator.  Justin (father) states he never wore a respirator and spent approximately 10 hours in the house while it was under construction prior to moving in.  They state the remediation of the house began in September 2017 and was completed May 11, 2018.  The remediation entailed the demolition of all finish work in the basement to expose the joists of the main floor of the home such that they could be removed and/or replaced. Mr. Borgmann provided me with several photographs that showed the joists both prior to and after remediation.

As I understand it, the remediation included demolition to access the joists of the main floor of the house that were constructed using the Flak Jacket coating.  The joists were removed with the exception of the upper rail that was attached to the overlying sub-floor.  The joist itself was removed leaving this upper rail, but that this rail did not have the Flak Jacket coating.  Mr. Borgmann also states they had to remove the hardwood floors on the main floor to gain access to the sub-floor where they would screw through the floor to attach to the new joists.  The only other joists besides those of the main floor of the home was one joist between the garage and the entry way of the home.  Apparently, this was noticed on some pictures they had taken during construction.  This joist was also remediated in a similar fashion.  Mr. Borgmann also notes they had a negative pressure air system installed just prior to starting remediation in September 2017.  He provides a photograph showing an air moving unit exhausting out a window.  Overall, the family is now back in their home as of just several weeks ago.

**Justin Borgmann (DOB 1/18/1984)**
After reviewing the timeline of construction, move in, move out and remediation I asked Mr. Borgmann about any symptoms they felt were related to exposure to formaldehyde or any other volatile compounds from the joists in question.  He reported the following:
1. Dry eyes - He describes this as a burning sensation and this would occur whenever he was in the basement.  He denies any ocular drainage or change in his vision.
2. He would describe an itchy throat that he states felt dry, itchy, uncomfortable when in the basement.
3. Cough - He describes as non-productive and dry.  He states it was present throughout the entire time they were actually living in the home but worsened whenever he was in the basement.  This would have been between June 14 - July 17, 2017.
4. He reports rhinorrhea that he describes as being very thin and watery and would occur when he had his cough and/or itchy throat symptoms.
5. Headaches - He states these would occur primarily only when in the basement but would occur if he spent even more than 5 minutes in the basement.  His headaches usually lasted a couple of hours and resolved with over-the-counter medications and/or rest.

2

Mr. Borgmann specifically describes July 16, 2017 when he spent at least 5-6 hours in the basement erecting a tent in preparation for a camping trip. He stated they spent about 3-4 hours in the basement, came out of the basement for lunch, went back into the basement for another couple of hours. He states he had episodes of light headedness, headache and dry throat while in the basement on that day. When asked to estimate the total number of house he had spent in the basement at any phase of construction, habitation and/or remediation, he reports spending approximately 40 hours in the basement. He states he had no symptoms during his construction visits. He also states he had no symptoms during his post move out visits.

**Past Medical History**
None.

**Past Surgical History**
None.

**Medications**
None.

**Allergies**
No known drug allergies.

**Social History**
Mr. Borgmann reports smoking 5-7 cigarettes a day and drinks an average of 2 alcoholic beverages per day. He denies any marijuana or illicit drug use. He states he is employed as Director of Distribution for Source Communications. He states this is primarily an office-based job. He denies any history of occupational chemical exposure. He attended Metro State University of Denver, graduating in 2015 with a major in philosophy. He denies any hobbies, including any hobbies with chemical exposure.

**Family History**
His mother is alive at age 61 without any medical problems. His father is alive at age 62 without any medical problems. His brothers, aged 39 and 37 are both alive and well without any medical problems. Both of his paternal grandparents are alive in their 90s, maternal grandfather is alive at age 76, maternal grandmother is deceased in her 70s.

**Review of Systems**
He reports headaches as described in the History of Present Illness, however has no ongoing headaches. He denies any visual, hearing, taste or smell changes. He reports he had a cough associated with some shortness of breath, with occasional chest pain with deep inspiration that he describes as sharp across his chest, when in the basement. He denies wheezes. He denies any nausea, vomiting, or diarrhea. He denies any chest pain except as described above. He does report a sore throat and a watery rhinorrhea that was persistent while living in the home. He denies any palpitations, focal numbness and/or weakness. He

reports dizziness/light headedness on July 16, 2017. Otherwise he denies any other occasions or ongoing dizziness and/or light headedness. He denies any history of syncope, abdominal pain, rashes, extremity swelling, joint pain or weight change.

**Physical Exam**

Mr. Borgmann is a young adult male who is awake, alert, and non-toxic appearing. He is conversant, cooperative, and pleasant.

Reported weight: 160 lbs. Reported height: 5'9-3/4"

VS: BP 116/76, pulse 59. Temp 97.6. Respiratory rate 14 and room air pulse oximetry is 96%.

HEENT: Normocephalic atraumatic head, extraocular muscles intact, pupils equal, round and reactive to light. Oral pharynx is clear without any lesions. TMs clear bilaterally. Nose is patent without erythema, discharge or drainage.

NECK: Supple without lymphadenopathy, JVD, tracheal deviation or stridor. There is no thyromegaly.

CHEST: Lungs are clear to auscultation without wheezing, rales or rhonchi. Breath sounds are equal.

CARDIAC: Regular rate and rhythm without murmur. PMIs non-displaced.

BACK: No CVAT, flank tenderness or spinal tenderness.

ABDOMEN: Soft, non-tender, non-distended with no active bowel sounds. No rebound tenderness, percussion tenderness or guarding.

LYMPHATIC: No cervical lymph adenopathy.

EXTREMITY: Full range of motion of all extremities. There is no joint edema or swelling. No palpable cords or swelling of the lower extremities.

NEURO: Awake, alert and oriented x 4. Glasgow Coma Scale is 15. Cranial nerves II-XII intact. Motor strength is 5+/5+ in all four extremities both proximally and distally and symmetrically. There are no sensory deficits. Toes are downgoing bilaterally. Romberg testing and tandem gait testing is normal. Cerebellar testing, including finger-to-nose testing, heel-to-shin testing is normal. Gait and stating is normal. Deep tendon reflexes are 1+ bilaterally at the biceps and 2+ bilaterally at the patellar tendons. Speech is fluent and hearing is intact.

SKIN: Warm, pink and dry with no rash, diaphoresis or jaundice.

On Mr. Borgmann's IME Pre-Appointment Inventory form he indicates he smokes ¼ - ½ pack of cigarettes per day for the past 12 years and drinks 2-6 alcoholic beverages per week. He reports chemical exposures to paint and/or varnish at home, solvents/degreaser use at home and pesticides and/or herbicides in his yard.

At the time of this dictation I have no medical records for Justin Borgmann to review.

**Jamie Borgmann (DOB 7/23/1985)**
Ms. Borgmann estimates she spent approximately 15-20 hours in the basement during the time they lived in the home between June 14 and July 17, 2017.  When asked what symptoms she experienced during that time living in the home she reports the following:
1. Eye complaint - gritty, irritated sensation in her eyes.  She was wearing contact lenses during this time and frequently used contact lens re-wetting drops and discarded several pairs without any change in her symptoms.  However, these symptoms did not resolve until she left the home.
2. Headaches - She states these would occur daily, typically in the afternoon or evening.  She describes them as throbbing sensation.  They typically resolved during the day.  She states she would take ibuprofen, acetaminophen, and/or Midol which gave her partial relief.  She states her headaches would typically be most severe at the time she was going to bed, localized to her occipital area.  She states she attempted to use Aspercreme and Salonpas patches without relief.  She describes her headaches as being both occipital and bitemporal.  She states they varied in severity and, at their worst, would be a 7 on the scale of 1-10, but usually in the 2-3/10 range.  It was present daily whether she was in the basement or not.
3. Rhinorrhea - She reports intermittent watery and runny nose while in the home.
4. Dysgeusia - She reports a metallic taste in her mouth that she describes as being present constantly and likened it to the taste of a penny.  She states this symptom resolved about 2 weeks after moving out of the home.

Notably, Ms. Borgmann reports she contemporaneously e-mailed a list of her symptoms present at this time to herself to document her symptoms.

**Review of Systems**
Headaches as mentioned above.  Eye irritation with itchy eyes and decreased visual acuity while living in the home, even while wearing her contacts - this symptom has resolved.  She denies any cognitive complaints. She denies any disturbance of hearing or smell although states the "house stunk."  Dysgeusia as mentioned above.  She denies any cough and/or sore throat.  She reports laryngitis immediately following moving out in July. She describes this as being a raspy diminished voice for about 3 weeks. She states it was worse over the initial few days after they moved out but gradually resolved over 2 ½ weeks and is no longer present.  She report nausea but denies any vomiting or diarrhea. She denies any rashes, abdominal pain, chest pain.   She states a few weeks after she moved out she had an episode of

palpitations however a workup was not diagnosed.  She had no onset of syncope.  Her last menses was in mid-May 2018.  It is normal, on time without changes.  She denies any joint pain or swelling or lower extremity edema.  She denies any light headedness, dizziness.  She reports occasional generalized weakness on an episodic basis.  She reports an approximate 14 lb. weight gain since moving into the home.

**Past Medical History**
Kidney stone at age 17 with recurrent stones occasionally.  Child birth x 2.

**Past Surgical History**
Tonsillectomy and adenoidectomy.

**Medications**
Multi-vitamin and Ibuprofen or Acetaminophen prn.

**Allergies**
Morphine.

**Social History**
She smokes ¼ pack of cigarettes per day for at least 10 years.  She does not drink alcohol and denies any illicit drug use.  She is a nurse that performs home health and wound care.

**Educational History**
She attended the Denver School of Nursing and received an Associate's Degree in Nursing in 2012 and has been a registered nurse since 2012.  She denies any hobbies that include chemical exposure.

**Family History**
Her mother is alive at age 54 with a history of asthma.  Her father is alive at age 55 with a history of kidney stones as well as a partial left nephrectomy.  Her brother, age 26 and her sister, age 34 are both alive and well without medical history.  A maternal grandmother is deceased at age 59 with "some form of leukemia."

**Physical Exam**
She is a young adult female who is awake, alert, pleasant, cooperative and conversant.\

Report weight: 138 lbs. Reported height: 5'6"

VS:          BP 101/80, pulse 84, temp (oral) 97.1 F. RR 18, room air pulse oximetry if 96%.

HEENT:    Normocephalic atraumatic head, extraocular muscles are intact.  Pupils are equal, round and reactive to light, sclera is anicteric.  Hair has normal pattern and appearance.  TMs

6

|        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|--------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | clear bilaterally. Oral pharynx clear without lesions, erythema or edema. Nares patent without drainage, discharge or edema or erythema. |
| NECK: | Supple without lymph adenopathy, JVD, tracheal deviation or stridor. |
| BACK: | No CVAT flank tenderness and/or spinal tenderness. |
| LUNGS: | Clear to auscultation bilaterally. Breath sounds are equal; there are no wheezes, rales or rhonchi. |
| CARDIAC: | Regular rate and rhythm without murmur. |
| SKIN: | Warm, pink and dry. No rash, diaphoresis or jaundice. No tattoos. |
| LYMPHATIC: | No cervical lymphadenopathy. |
| ABDOMEN: | Soft, non-tender, non-distended with normal active bowel sounds. There is no rebound tenderness, percussion tenderness and/or guarding. |
| EXTREMITY: | Full range of motion of all extremities with normal bulk and tone. There is no edema or tenderness to palpation or palpable cords. |
| NEURO: | Awake, alert and oriented x 4. Glasgow Coma Scale is 15. Cranial nerves II-XII intact. There is no tremor or muscular tremor or fasciculations. Motor strength: 5+/5+ motor strength in bilateral upper extremities and lower extremities. Strength is normal both proximally and distally and symmetrical. Toes are downgoing bilaterally. Romberg test is negative. Gait and station are normal. Cerebellar testing including finger-to-nose and heel-to-shin testing is normal. Deep tendon reflexes are 1+/2+ in the biceps tendon and 1-/2+ in the brachioradialis tendon and 2+/2+ in the patellar tendons. Speech is fluent and hearing is intact. |

At the time of this dictation I have no medical records for Jamie Borgmann.

**Eli Borgmann (DOB 6/10/2010)**
Eli is an 8-year old boy who presents with his parents for his IME. History is obtained both from Eli as well as his parents. His parents report his bedroom is on the second floor of the home. When asked what symptoms he has experienced that they attribute to exposure in the home they report the following:

1. Weakness and shakiness during the time they lived in the home. He also had nausea and occasional bout of vomiting totaling approximately 3 episodes over the entire month they lived in the home. Notably, on "tent day" when he spent approximately 5-6 hours in the basement he developed headache, abdominal pain, and vomiting on that day as well. He also reports burning eyes while in the basement. He complained of daily headaches while living in the home. He had

7

rhinorrhea occasionally that they describe as watery. He would have intermittent abdominal pain typically associated with his nausea and vomiting. Eli also reports a change in food taste as well as a rubbery taste during this time as well. He is asymptomatic now.

**Review of Systems**
Headaches while living in the home as described above, eye irritation as described above. He also reported occasional sore throat. He denies any rashes at any point. He had no cough, no complaints of joint pain or myalgias. Since the time living in the house he has had no nausea, vomiting or diarrhea. He has had no respiratory complaints, including shortness of breath or cough. He did have hematuria in March of 2017.

**Past Medical History**
Parents report that Eli had a history of constipation vs. episodic diarrhea in the past, but that this has largely resolved. In March 2010 he had gross hematuria that was painless and unexplained. A workup by his pediatrician led to empiric treatment with antibiotics and has been referred to Children's Hospital for further evaluation.

**Past Surgical History**
None.

**Medications**
Fiber gummies and MiraLAX during his periods of constipation.

**Allergies**
No known drug allergies.

**Social History**
He lives at home with his parents in the subject home as described above. He has just finished the 2nd grade and is planning on entering 3rd grade later this year.

**Physical Exam**
He is a young male child who is well developed, well nourished. He is attentive, cooperative and conversant during his exam.

Reported weight: 53 lbs.  Reported height: 4'3"

VS:        BP 93/59, pulse 80, RR 15. Temp 98 F oral. Room air pulse oximetry 95%.

HEENT:     Normocephalic, atraumatic head. Pupils equal, round and reactive to light and sclerae anicteric. TMs clear bilaterally. Nares are patent and mucosa is without edema, drainage or erythema. Oral pharynx clear without lesions. Dentition is intact.

8

| | | |
|---|---|---|
| NECK: | | Supple without lymphadenopathy, JVD, tracheal deviation or stridor. |
| LUNGS: | | Clear to auscultation bilaterally, breath sounds are equal. |
| CARDIAC: | | Regular rate and rhythm without murmurs. |
| BACK: | | Without CVAT, flank or spinal tenderness. |
| ABDOMEN: | | Soft, non-tender, non-distended.  There is no rebound tenderness, percussion tenderness or guarding.  Normal active bowel sounds. |
| LYMPH: | | No cervical lymphadenopathy. |
| EXTREMITY: | | No cyanosis, clubbing or edema.  Hands and nails are normal pattern and distribution. Full range of motion of all joints.  No joint swelling or edema.  No palpable cords. |
| SKIN: | | No rash or jaundice. |
| NEURO: | | Awake, alert and oriented x 3.  Cranial nerves II-XII grossly intact.  There is no muscular tremor or fasciculations.  No sensory deficits.  Light touch vibration and proprioception are intact.  Motor strength is 5+/5+ in all extremities both proximally and distally and symmetrically.  Deep tendon reflexes are 1+/1+ in biceps and brachioradialis.  Deep tendon reflexes are 2+/2+ in the patella and Achilles tendon.  Speech is fluent and hearing is intact.  Cerebellar testing, including finger-to-nose and heel-to-shin testing is normal. Gait and station are normal. |

A review of the IME Pre-Appointment Inventory indicates he is seen at Kaiser Primary Care in August of 2017.  Under chemical exposure history they list pain or varnish at school.

Review of Medical Records:

| Undated | Broomfield Pediatrics Thomas Pham, MD | History form for Eli indicates his father has history of allergies and ADHD, mother has history of allergies and ADHD, maternal grandfather has history of migraines, maternal grandmother has history of asthma and maternal aunt has history of hyperthyroidism.  He is up to date on his immunizations. |
|---|---|---|
| 9/29/14 | Broomfield Pediatrics Thomas Pham, MD | Chief Complaint: 4 year well child check<br>Exam: normal<br>Assessment:<br>1. Well child exam - doing well.<br>2. MMR vaccine - need for. |

| Date | Provider | Notes |
|---|---|---|
| | | 3. Varicella vaccine - need for.<br>4. DTAP vaccine - need for.<br>5. IPV vaccine - need for.<br>6. Influenza vaccine - need for.<br><br>Plan:<br>1. Well child exam.<br>2. MMR vaccine counselled about risks and benefits provided on all vaccine. Patient received immunizations including: DTaP, Varivax, IPV, MMR, Influenza quad flu-MIST administered.<br><br>Follow up one year for 5 year well child check. |
| 6/18/15 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: Lump on neck, sore on lip, needs 5 year shots.<br><br>Mother of child with concerns re: sore on right side of his lower lip x 8 months and a small, hard, non-tender bump on the right side of his neck x 1 year.<br><br>Exam:<br>Oral cavity: no lesion. Right lower lip has 1 mm purplish slightly raised papule, not painful, itchy or swollen. Also has a very small, pin point similar red/purple spot on his upper central lip, nothing inside.<br>Neck: small 2 mm round bluish purplish papule just under the skin, looking like a varicose vein of sort. Again, non-tender, no swelling.<br>Assessment:<br>1. Mouth anomaly - red spots most likely represent a benign lesion-like fibroma.<br>2. Neck disorder - appears to be benign hemangioma or subcutaneous vein.<br><br>Plan:<br>1. Reassurance provided to monitor for now and intervene only if it causes symptoms. |
| 9/18/15 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: Bowel movement accidents - he is having 1-2 episodes of incontinence/week since third week of April (5 months prior to this date), stool begin loose and have begun |

| | | |
|---|---|---|
| | | to firm up and are small in size.  Mother of child states he has had some "stomach pain" before episodes started.<br><br>Exam: Normal<br><br>Assessment: Incontinence - most likely from encopresis vs transition anxiety with new school.  Doubt any type of neuro reason.<br><br>Plan: Incontinence - advised to start MiraLAX and titrate prn to keep BMs regular for the next week. |

**Soaren Borgmann (DOB  03/24/20140**
History is obtained primarily from the Soaren's parents and also from the patient herself.  She lives in a second floor bedroom.  She was not in the basement for "tent day" for more than 1 hour.  When asked what symptoms she has experienced while living in the home the parents report the following:
1. Abdominal pain - usually in the evening.  No tenderness by mom's exam but the Soaren would state "I feel sick."  No nausea, vomiting or diarrhea.
2. Rhinorrhea - constant watery, clear.
3. Cough - productive of clear white sputum but no blood or yellow sputum. Was present while she was living in the home but resolved approximately 1 month after moving out, waxing and waning during that time.  No associated fevers.

**Review of Systems**
No headaches, no eye complaints, no taste complaints. She has not had a sore throat or other respiratory symptoms except for cough as mentioned above.  She has had no rashes. She is growing as expected.  No complaints of nausea, vomiting or diarrhea although the mother thinks the child may have been complaining of nausea when she states, "I'm sick" based on her assessment.

**Past Medical History**
Strep pharyngitis within the past 2-3 months.  Otherwise, no significant past medical history.

**Past Surgical History**
None.

**Medications**
Multi-vitamins.

**Allergies**
No known drug allergies.

**Social History**
She has been enrolled in pre-school for the past 2 years in a part-time basis.  She lives at home with her family.  Her bedroom is on the second floor.

**Physical Exam**
She is a young female child who is awake, alert, attentive and interactive.

Reported weight:  39 lbs.

| | |
|---|---|
| VS: | Pulse 90, RR 16, room air pulse oximetry 90%. |
| HEENT: | Normal cephalic atraumatic head, extraocular muscles intact, pupils equal, round and reactive to light, sclera anicteric, TMs clear bilaterally, oral pharynx clear without lesions, dentition intact for age.  Nares patent with green mucous discharge from the right nares. |
| NECK: | Supple without lymphadenopathy, JVD, tracheal deviation or stridor. |
| LUNGS: | Clear to auscultation bilaterally, breath sounds are equal.  No wheezes, rales or rhonchi. |
| CARDIAC: | Regular rate and rhythm without murmur.  PMI non-displaced. |
| BACK: | With CVAT, flank tenderness and/or spinal tenderness. |
| ABDOMEN: | Soft, non-tender, non-distended with no active bowel sounds.  There is no rebound tenderness, percussion tenderness or guarding. |
| LYMPH: | No cervical lymphadenopathy, anterior or posterior. |
| SKIN: | Warm, pink, dry with no rash, no diaphoresis or jaundice. |
| EXTREMITY: | Full range of motion of all extremities.  No cyanosis, clubbing or edema. |
| NEURO: | She has age-appropriate behavior, is awake and alert.  Cranial nerves II-XII grossly intact.  There are no muscular tremors and/or fasciculations.  On sensory exam she has no sensory deficits to light touch, proprioception or vibration sense.  She moves all extremities well and has 5+/5+ motor strength in upper extremities and lower extremities symmetrically and appropriate for age.  Toes are downgoing bilaterally.  On cerebellar testing, finger-to-nose testing and heel-to-shin testing is normal.  Gait and station are |

        normal.  Deep tendon reflexes are 1+/1+ bilateral bicep tendon, DTRs and 2+/2+ bilaterally patellar tendon DTRs.  Speech is fluent, hearing is intact.

Review of the IME Pre-Appointment Inventory shows she obtains her medical care at Kaiser Primary Care. Under the chemical exposure history it is indicated she is exposed to paint at art class at school.

**Medical Records Review**
Information sheet shows her immunizations are up to date for age.

| 9/15/14 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: Eye is red and goopy, cough with congestion, no trouble breathing.  Mother of child with concerns regarding cough, cold, congestion and bilateral eye drainage x 1 week.  Patient had some left eye matting for 7 days prior which mom thought was due to blocked tear duct.<br><br>Exam: Notable for Left eye has minor matting with medial conjunctival redness only.<br><br>Assessment:<br>1. Conjunctivitis - acute - most likely from a viral infection that has taken its course in combination with history of nasal lacrimal stenosis.<br>2. URI - mild at this time and most likely as well.<br><br>Plan:<br>1. Conjunctivitis - acute.  Advised supportive care with artificial tears and warm/hot wet compresses.<br>2. URI - advised supportive care with rest, fluids, Ibuprofen. |
| --- | --- | --- |
| 10/10/14 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: 6 month well child visit.  Mother and child with concerns regarding stuffy nose and intermittent right eye drainage.  No concerns.<br><br>Exam: Normal.<br><br>Assessment:<br>1. Well child exam - doing well.<br>2. Pentacel, Prevnar, RotaTeq vaccines - need for.<br><br>Plan: |

| | | |
|---|---|---|
| | | 1. Well child exam - anticipatory guidance provided. Immunizations including Pentacel (DTaP/HIB/IPV), Influenza Quad Thimerosal free vaccine, Prevnar 13, and RotaTeq vaccinations administered. |
| 1/15/15 | Broomfield Pediatrics Thomas Pham, MD | Chief Complaint: 9 month well child check. Here with mother of child and older brother with concerns re: cough x 3 weeks and congestion x several months. No concerns except for constant come and go cold virus as she is getting this winter. Exam: Normal. Assessment: 1. Well child exam 2. Pentacel, Hepatitis, Prevnar, Influenza vaccinations - need for. Plan: 1. Well child exam anticipatory guidance provided. 2. Pentacel combination vaccination (DTaP/HIB/IPV), Prevnar 13, Hepatitis B and Influenza Quad Thimerosal free vaccinations administered. |
| 5/28/15 | Broomfield Pediatrics Thomas Pham, MD | Chief Complaint: 12 month well child check. No concerns and interval history without significant events. Exam: normal Assessment: 1. Well exam, general. 2. MMR vaccine - need for. 3. Varicella vaccine - need for. 4. Prevnar vaccine - need for. 5. Hepatitis vaccine - need for. Plan: 1. Well exam general. 2. MMR vaccination - administration of Hepatitis A Peds vaccine, Varivax, MMR and Prevnar. |
| 6/18/15 | Broomfield Pediatrics Thomas Pham, MD | Second Hepatitis B vaccination |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Assessment: Hepatitis vaccination - need for.<br><br>Plan:<br>Hepatitis B vaccine administered. |
| 7/31/15 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: Left eye swollen - mother of child wants it checked. Here with grandmother of child with concerns regarding the right eye having redness and slight swelling since yesterday.<br><br>Exam: Right eye is red with matting and drainage.<br><br>Assessment:<br>1. Conjunctivitis, acute.<br><br>Plan:<br>1. Conjunctivitis acute - Given samples of Vigamox to give 1 drop in affected eye 3x/day x 7 days. |
| 10/7/15 | Broomfield Pediatrics<br>Thomas Pham, MD | Chief Complaint: 18 month well child visit<br>Parents of child with concerns child not talking much, hits a lot, had clumsy gait per mother.<br><br>Exam: Normal<br><br>Assessment:<br>1. Encounter for routine child health examination without abnormal findings.<br>2. Encounter for immunizations.<br><br>Plan:<br>Anticipatory guidance and immunizations given.<br><br>Patient received:<br>DTaP, Hepatitis-B, HIB, Influenza Quad Thimerosal free vaccination. |

CONFIDENTIAL

**Industrial Hygiene Evaluation**

Quality Environmental Service & Technologies, Inc. (QUEST) did Indoor Air Quality Assessments and Formaldehyde sampling of the Borgmann home on August 21-22, 2017 and May 31 – June 1, 2018. They used Assay Technology N571 Aldehyde Sampler badges. These samplers were left in place for 24 hours, collected and sent to SGS Galson Laboratories for analysis by a modified OSHA 1007 method.

Pre-Remediation (August 21-22, 2017) Airborne Formaldehyde Concentrations:

| Sample Site | ppm | ppb |
|---|---|---|
| Basement Finished | 0.63 | 630 |
| 1st Floor (Kitchen) | 0.57 | 570 |

Post-Remediation (May 31 – June 1, 2018) Airborne Formaldehyde Concentrations:

| Sample Site | ppm | ppb |
|---|---|---|
| Top Floor Loft | 0.051 | 51 |
| Main Floor Kitchen | 0.050 | 50 |
| Basement Living Area | 0.048 | 48 |
| Basement Living Area (duplicate) | 0.047 | 57 |
| Basement Mechanical/Storage Room | 0.03 | 30 |

**Impression**

Formaldehyde toxicity is typically looked at as non-carcinogenic and/or carcinogenic. It can be potentially toxic to humans based as a mucus membrane irritant. It is known to cause irritation of the eye, nose (occasionally including epistaxis) and skin. Symptoms are concentration- and time-dependent and can include sore throat, cough, respiratory tract irritation, rhinitis, anosmia, cough, dyspnea, wheezing, tracheitis, bronchitis, laryngospasm, pulmonary edema, headache, weakness, and dizziness. The ambient formaldehyde levels measured in the basement of the Borgmann's home are within the range reported to cause irritant symptoms like those they report. Therefore, it is likely that the symptoms the Borgmann's experienced while living in the home June 14 – July 17, 2017 (4-5 weeks) were due to formaldehyde exposure from the joists in question. However, formaldehyde is a known component of cigarette smoke. Therefore, Jamie and Justin smoking represents another source of formaldehyde exposure and is a confounder to their exposure assessment.

There has been extensive research regarding the question of formaldehyde's carcinogenic potential. Animal inhalation studies have reported an increased incidence of nasal squamous cell cancer. Limited human studies have reported an association between formaldehyde exposure and lung and nasopharyngeal cancer. The American Conference of Governmental Industrial Hygienists (ACGIH) lists formaldehyde as a Suspected Human Carcinogen. This is based on human data that have been accepted as adequate in quality, but conflicting or insufficient to classify the agent as a confirmed human carcinogen.

The International Agency for Research on Cancer (IARC) (part of the World Health Organization) convenes working groups of international experts to evaluate the carcinogenic potential of a wide range of

compounds as part of the *IARC Monographs* Program. These groups review all available data regarding the carcinogenicity of the compound in question and then publish their findings in monographs. The IARC Monographs Program formaldehyde working group concluded that there is sufficient evidence in humans for the carcinogenicity of formaldehyde and that it causes nasopharyngeal cancer. The working group also found *limited evidence* for cancer of the nasal cavity and paranasal sinuses and "strong but *not sufficient* evidence" for leukemia.

The U.S. Environmental Protection Agency (US EPA) considers formaldehyde a probable human carcinogen (Group B1). Although not routinely employed in clinical medicine, the EPA has developed a mathematical *model*, based on animal studies, to estimate the probability of a person developing cancer from breathing air containing a specified concentration of a chemical. The EPA calculated an inhalation unit risk *estimate* for formaldehyde of $1.3 \times 10^{-5}$ $(\mu g/m^3)^{-1}$. This estimates that, *if an individual were to continuously breathe air containing formaldehyde at an average of 0.08 $\mu g/m^3$ over his or her entire lifetime*, that person would theoretically have no more than a one-in-a-million increased chance of developing cancer as a direct result of breathing air containing this chemical. Similarly, EPA estimates that breathing air containing 0.8 $\mu g/m^3$ would result in not greater than a one-in-a-hundred thousand increased chance of developing cancer, and air containing 8.0 $\mu g/m^3$ would result in not greater than a one-in-ten-thousand increased chance of developing cancer.

The field of toxicological research that addresses cancer risk can offer risk estimates for the development of cancer due to exposure to a given compound, including formaldehyde. However, it is extremely difficult to determine a threshold dose at which a person will more likely than not develop cancer. Based on the information available to me it is more likely than not that the Borgmann family were exposed to elevated levels of formaldehyde in their home between June 14 – July 17, 2017 and that the symptoms they experienced at that time were more likely than not due to formaldehyde inhalation. Although it is possible that their inhalational formaldehyde exposure may have increased their risk for cancer, it is not possible to reliably quantify this increased risk and it is likely extremely low. However, the potential for long term cancer risk cannot be absolutely excluded.

The opinions expressed herein are to a reasonable degree of medical and scientific certainty. I reserve the right to further amend this report as additional information and/or data becomes available. I hope my input is of value to all concerned parties in this case. Please do not hesitate to contact me should you have any questions, or I may be of further assistance.

Respectfully,

Edward W. Cetaruk, M.D., FACMT
Assistant Clinical Professor of Emergency Medicine, Toxicology and Pharmacology
University of Colorado Health Sciences Center

Ken Kulig MD, FACMT, FAACT
Toxicology Associates, Prof LLC

17