IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02230-PAB-MEH

JANET CHI, individually and on behalf of minor child, J.C.,
DAVID CHI, individually and on behalf of minor child, J.C.,
WEN-CHENG CHI,
SHIU-SHIA WU,
SHASHI RAJYAGOR, individually and on behalf of minor children, S.R.,
DIVYESH RAJYAGOR, individually and on behalf of minor children, S.R.,
NEAL LOY,
BRIENNE LOY,
ANTERIO KITTRELL, and
JOELLA KITTRELL,

    Plaintiffs,

v.

WEYERHAUSER COMPANY,

    Defendant

v.

LENNAR COLORADO, LLC,

    Third-Party Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2018.**

    In the interest of justice pursuant to Fed. R. Civ. P. 15, Plaintiffs' unopposed[1] Plaintiffs' Motion for Leave to File Second Amended Complaint to Assert Damages for Exemplary/Punitive Damages [filed January 24, 2019; ECF No. 151] is **granted**. The Clerk of the Court is directed to file the Third Amended Complaint, located at ECF No. 151-5. Defendant shall file an answer or other response to the amended pleading in accordance with Fed. R. Civ. P. 15.

---

[1] *See* ECF No. 158.