Civil Action No. 17-cv-02230-PAB-MEH

JANET CHI, individually and on behalf of minor child, J.C.,
DAVID CHI, individually and on behalf of minor child, J.C.,
WEN-CHENG CHI,
SHIU-SHIA WU,
SHASHI RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
DIVYESH RAJYAGOR, individually and on behalf of minor children, A.R. and S.R.,
NEAL LOY,
BRIENNE LOY,
ANTERIO KITTRELL, and
JOELLA KITTRELL,

     Plaintiffs,

v.

WEYERHAEUSER COMPANY, and
WEYERHAEUSER NR COMPANY,

     Defendants.

---

## DECLARATION OF CRAIG M. J. ALLELY IN SUPPORT OF RESPONDENT WEYERHAEUSER COMPANY'S MOTION TO EXCLUDE TESTIMONY OF WARREN HARRIS

---

I, Craig M. J. Allely, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the law firm Perkins Coie LLP, in Denver, Colorado, and I am one of the attorneys representing Weyerhaeuser Company in this case. I have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Mr. Warren Harris, dated February 26, 2019, as submitted on behalf of claimants Justin and Deanna Gilchrist.

3. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Mr. Warren Harris, dated February 26, 2019, as submitted on behalf of claimants Jon and Allie Sparrow.

4. Attached hereto as Exhibit 3 is a true and correct copy of the rebuttal report of Mr. Warren Harris, dated April 15, 2019, as submitted on behalf of claimants Justin Gilchrist, Deanna Gilchrist, and Jon Sparrow, and Allie Sparrow.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Mr. Warren Harris, which took place on April 19, 2019, in Seattle, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of May 2019

*s/ Craig M. J. Allely*
Craig M. J. Allely

144478384.1